# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BEVINS, SUSAN ELIZABETH       §   Case No. 14-80282-TML
                                     §
                                     §
Debtor(s)                            §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 05/06/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  04/14/2015        By:    /s/ STEPHEN G. BALSLEY
                                                                           Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BEVINS, SUSAN ELIZABETH § Case No. 14-80282-TML
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,000.00 |
| *and approved disbursements of* | $ 1,491.40 |
| *leaving a balance on hand of* [1] | $ 16,508.60 |
| **Balance on hand:** | $ 16,508.60 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,508.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,550.00 | 0.00 | 2,550.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 5,500.50 | 0.00 | 5,500.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 48.09 | 0.00 | 48.09 |
| Accountant for Trustee, Fees - McGladrey LLP | 1,430.00 | 0.00 | 1,430.00 |

Total to be paid for chapter 7 administration expenses: $ 9,528.59
Remaining balance: $ 6,980.01

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,980.01 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,980.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,394.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 67.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,978.22 | 0.00 | 6,700.37 |
| 2 | American InfoSource LP as agent for | 416.44 | 0.00 | 279.64 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,980.01 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:   $         0.00

Prepared By:   /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-80282-TML
Susan Elizabeth Bevins                                                    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith          Page 1 of 1          Date Rcvd: Apr 15, 2015
                              Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2015.
```
db            +Susan Elizabeth Bevins,    10209 William Street,    Richmond, IL 60071-9028
21476090      +ARS National Services Inc.,    o/b/o Chase Bank USA,    P.O. Box 463023,
                Escondido, CA 92046-3023
21476091      +CBCS,   o/b/o NW Lake Forest Hosp.,    P.O. Box 165025,    Columbus, OH 43216-5025
21476092      +Cenlar,    P.O. Box 211091,    Eagan, MN 55121-2491
21476093      +Comenity,   o/b/o World Financial,    P.O. Box 182789,    Columbus, OH 43218-2789
21476094      +Creditors Financial Group LLC,    o/b/o Bank of America IFIA,    P.O. Box 440290,
                Aurora, CO 80044-1500
21476096      +Harris & Harris, Ltd.,    o/b/o Advocate Condell,    222 Merchandise Mart Plaza, Ste 1900,
                Chicago, IL 60654-1421
21476097      +Harris & Harris, Ltd.,    o/b/o Centegra Health System,    222 Merchandise Mart Plaza, Ste 1900,
                Chicago, IL 60654-1421
21476098      +Harris & Harris, Ltd.,    o/b/o Centegra Primary Care,    222 Merchandise Mart Plaza, Ste 1900,
                Chicago, IL 60654-1421
22312731      +Nationstar Mortgage LLC,    c/o Codilis and Associates, P.C.,
                15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
21476100     #+Scott Lowery Law Office,    o/b/o CACH, LLC,   1422-B E. 71st Street,    Tulsa, OK 74136-5060
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22119021       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 16 2015 00:52:06
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
21476095       E-mail/PDF: mrdiscen@discover.com Apr 16 2015 00:51:49     Discover,    P.O. Box 6103,
                Carol Stream, IL  60197-6103
21921993       E-mail/PDF: mrdiscen@discover.com Apr 16 2015 00:51:49     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21476099     ##+North Shore Agency,    o/b/o Verizon Wireless,    P.O. BOx 17211,    Wilmington, DE 19850-7211
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2015 at the address(es) listed below:
```
              Gloria C  Tsotsos    on behalf of Creditor    Nationstar Mortgage LLC nd-two@il.cslegal.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rachael A Stokas     on behalf of Creditor    Nationstar Mortgage LLC ND-Two@il.cslegal.com
              Scott A Bentley     on behalf of Debtor Susan Elizabeth Bevins scottbentleylaw@gmail.com
              Stephen G Balsley    on behalf of Accountant Patrick  Shaw sbalsley@bslbv.com,    IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
                                                                                             TOTAL: 7
```