**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BEVINS, SUSAN ELIZABETH § Case No. 14-80282-TML
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $145,315.22          Assets Exempt: $14,003.22
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,980.01     Claims Discharged
                                               Without Payment: $34,587.82

Total Expenses of Administration: $11,019.99

---

   3) Total gross receipts of $    18,000.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $18,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $131,718.70 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,019.99 | 11,019.99 | 11,019.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,303.08 | 10,394.66 | 10,394.66 | 6,980.01 |
| **TOTAL DISBURSEMENTS** | $173,021.78 | $21,414.65 | $21,414.65 | $18,000.00 |

4) This case was originally filed under Chapter 7 on January 31, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/06/2015          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Land Emerald Way, Parrotsville, TN | 1110-000 | 18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$18,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cenlar | 4110-000 | 131,718.70 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$131,718.70** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,550.00 | 2,550.00 | 2,550.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,500.50 | 5,500.50 | 5,500.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 48.09 | 48.09 | 48.09 |
| McGladrey LLP | 3310-000 | N/A | 1,430.00 | 1,430.00 | 1,430.00 |
| Colonial Title Group, Inc. | 3510-000 | N/A | 900.00 | 900.00 | 900.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Colonial Title Group, Inc. | 2500-000 | N/A | 263.00 | 263.00 | 263.00 |
| Colonial Title Group, Inc. | 2500-000 | N/A | 25.94 | 25.94 | 25.94 |
| Colonial Title Group, Inc. | 2500-000 | N/A | 110.00 | 110.00 | 110.00 |
| Colonial Title Group, Inc. | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| Colonial Title Group, Inc. | 2500-000 | N/A | 29.00 | 29.00 | 29.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.46 | 13.46 | 13.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$11,019.99** | **$11,019.99** | **$11,019.99** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,667.16 | 9,978.22 | 9,978.22 | 6,700.37 |
| 2 | American InfoSource LP as agent for | 7100-000 | 462.75 | 416.44 | 416.44 | 279.64 |
| NOTFILED | Harris & Harris, Ltd. o/b/o Centegra Health System | 7100-000 | 1,335.88 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris, Ltd. o/b/o Advocate Condell | 7100-000 | 417.61 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris, Ltd. o/b/o Centegra Primary Care | 7100-000 | 257.67 | N/A | N/A | 0.00 |
| NOTFILED | Scott Lowery Law Office o/b/o CACH, LLC | 7100-000 | 8,700.00 | N/A | N/A | 0.00 |
| NOTFILED | ARS National Services Inc. o/b/o Chase Bank USA | 7100-000 | 10,855.65 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Financial Group LLC o/b/o Bank of America | 7100-000 | 8,700.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CBCS o/b/o NW Lake Forest Hosp. | 7100-000 | 222.59 | N/A | N/A | 0.00 |
| NOTFILED | Comenity o/b/o World Financial | 7100-000 | 683.77 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $41,303.08 | $10,394.66 | $10,394.66 | $6,980.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-80282-TML  
**Case Name:** BEVINS, SUSAN ELIZABETH  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/14 (f)  
**§341(a) Meeting Date:** 03/06/14  

**Period Ending:** 08/06/15  
**Claims Bar Date:** 08/08/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---:|---:|---|---:|---:|
| 1 | Vacant Land Emerald Way, Parrotsville ,TN<br>See Order to Employ Realtor entered May 14, 2014. | 30,000.00 | 30,000.00 | | 18,000.00 | FA |
| 2 | Residence, 10209 William Street, Richmond, IL | 130,000.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account PNC Bank | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Household Furniture and goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Pictures and other art objects stamp, coi | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel Residence | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Retirement, 401K or pension | 5,400.00 | 0.00 | | 0.00 | FA |
| 8 | Stocks or Bonds | 103.22 | 0.00 | | 0.00 | FA |
| 9 | 2013 tax refund | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Audi A6 | 3,712.00 | 1,312.00 | | 0.00 | FA |
| 11 | Laptop Computer Residence | 150.00 | 0.00 | | 0.00 | FA |
| 12 | Machinery, Fixtures, equipment in business. Resi | 450.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** Totals (Excluding unknown values) | **$175,315.22** | **$31,312.00** | | **$18,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 1, 2015     **Current Projected Date Of Final Report (TFR):**   March 19, 2015 (Actual)

Printed: 08/06/2015 02:36 PM    V.13.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-80282-TML  
**Case Name:** BEVINS, SUSAN ELIZABETH  

**Taxpayer ID #:** **-***1165  
**Period Ending:** 08/06/15  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $8,842,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/09/15 | | Colonial Title Group, Inc. | Proceeds from Sale of TN Real Estate | | | 16,522.06 | | 16,522.06 |
| | {1} | | Sale Price | 18,000.00 | 1110-000 | | | 16,522.06 |
| | | | Real Estate Commission - Kristie Suggs and Scenic Realty | -900.00 | 3510-000 | | | 16,522.06 |
| | | | 2014 County Taxes to Cocke County | -263.00 | 2500-000 | | | 16,522.06 |
| | | | 1/1/15-2/6/15 County Taxes | -25.94 | 2500-000 | | | 16,522.06 |
| | | | Settlement Fee - Colonial Title | -110.00 | 2500-000 | | | 16,522.06 |
| | | | Owner's Title Insurance to Colonial Title | -150.00 | 2500-000 | | | 16,522.06 |
| | | | Recording Charges | -29.00 | 2500-000 | | | 16,522.06 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 13.46 | 16,508.60 |
| 05/07/15 | 101 | McGladrey LLP | Dividend paid 100.00% on $1,430.00, Accountant for Trustee Fees (Trustee Firm); Reference: | | 3310-000 | | 1,430.00 | 15,078.60 |
| 05/07/15 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,550.00, Trustee Compensation;  Reference: | | 2100-000 | | 2,550.00 | 12,528.60 |
| 05/07/15 | 103 | Discover Bank | Dividend paid  67.14% on $9,978.22; Claim# 1; Filed: $9,978.22; Reference: | | 7100-000 | | 6,700.37 | 5,828.23 |
| 05/07/15 | 104 | American InfoSource LP as agent for | Dividend paid  67.14% on $416.44; Claim# 2; Filed: $416.44; Reference: | | 7100-000 | | 279.64 | 5,548.59 |
| 05/07/15 | 105 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | | 5,548.59 | 0.00 |
| | | | Dividend paid 100.00% on $5,500.50;  Claim# ; Filed: $5,500.50 | 5,500.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $48.09;  Claim# ; Filed: $48.09 | 48.09 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 16,522.06 | 16,522.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 16,522.06 | 16,522.06 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$16,522.06** | **$16,522.06** | |

{} Asset reference(s)

Printed: 08/06/2015 02:36 PM     V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-80282-TML  
**Case Name:** BEVINS, SUSAN ELIZABETH

**Taxpayer ID #:** **-***1165  
**Period Ending:** 08/06/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | **Net Receipts** | **Net Disbursements** | **Account Balances** |
| | | | **Checking # ******8566** | | 16,522.06 | 16,522.06 | 0.00 |
| | | | | | $16,522.06 | $16,522.06 | $0.00 |

{} Asset reference(s)

Printed: 08/06/2015 02:36 PM    V.13.23